# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KENNER BECK,

        Plaintiff,

v.

1800CARSHOW LLC,

        Defendant.

Case No. 17-CV-394-JPS

**ORDER**

On May 26, 2017, Plaintiff filed a notice with the Court stating that the parties had settled this matter. (Docket #11). Plaintiff requests that the Court stay these proceedings and permit the parties sixty days to complete the settlement. *Id.* The Court will grant the requests. The parties must submit a stipulation for dismissal no later than July 26, 2017, or this action will be dismissed by the Court. The Court will also vacate this matter's June 15, 2017 scheduling conference.

Accordingly,

**IT IS ORDERED** that the parties shall file a stipulation of dismissal no later than July 26, 2017; and

**IT IS FURTHER ORDERED** that the scheduling conference set in this matter for June 15, 2017 be and the same is hereby **VACATED**.

Dated at Milwaukee, Wisconsin, this 30th day of May, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge