UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| KENNER BECK, | |
| Plaintiff, | Case No. 2:17-cv-00394-JPS |
| v. | Honorable Judge J P Stadtmueller |
| 1800CARSHOW, LLC d/b/a STANDARD AUTO FINANCIAL | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, KENNER BECK ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, 1800CARSHOW, LLC d/b/a STANDARD AUTO FINANCIAL, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: June 26, 2017

Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181 x113
nvolheim@sulaimanlaw.com